STEPHANIE YONEKURA
Acting United States Attorney
ZORAN J. SEGINA
Assistant United States Attorney (CBN 129676)
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213)894-6606;Fax:(213)894-5900
Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CV 15-0611-SVW(JCx) |
| MARC A. PIZZUTO, | |
| DEFENDANT(S). | NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

1. App. for Writ of Cont. Garnishment; 2 Clerk's Notice of Postjudgment Garnishment; 3. Writ of Cont. Garnishment as to Miller Automotive Grp.; 4.Order Directing Issuance of Writ of Continuing Garnishment; 5.Ex Parte App. for Order Sealing Application for Writ; . 6. Proposed Order granting Ex Parte Application.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

05/27/2015                By : /s/ Zoran J. Segina
Date                      Attorney Name
                          United States of America
                          Party Represented

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)                NOTICE OF MANUAL FILING