STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney (CBN 129676)
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-5900
    E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>MARC A. PIZZUTO,<br><br>             Defendant. | No. **CV 15-0611-SVW(JCx)**<br><br>[CR 07-740-SVW]<br><br>***EX PARTE* APPLICATION FOR ORDER SEALING APPLICATION FOR WRIT OF GARNISHMENT;**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES.**<br><br>[HON. STEPHEN V. WILSON] |

# *EX PARTE* APPLICATION

Plaintiff United States of America hereby applies for an order permitting the filing under seal of the original application for issuance of a writ of garnishment in this action.

Sealing of the Writ of Garnishment is required under Local Rule 79-5, because the application contains personal identification information of the defendant.

Dated: May 21, 2015.              Respectfully submitted,

                                  STEPHANIE YONEKURA
                                  Acting United States Attorney
                                  LEON W. WEIDMAN
                                  Assistant United States Attorney
                                  Chief, Civil Division

                                  */s/ Zoran J. Segina*
                                  ZORAN J. SEGINA
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff

-1-

## MEMORANDUM OF POINTS AND AUTHORITIES

Sealing of the Writ of Garnishment is required under Local Rule 79-5, because the application contains personal identification information of the defendant.

Dated: May 21, 2015.                    Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Zoran J. Segina*
ZORAN J. SEGINA
Assistant United States Attorney

Attorneys for Plaintiff