

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney (CBN 129676)
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-5900
    E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARC A. PIZZUTO,<br><br>    Defendant. | No. CV 15-0611-SVW(JCx)<br><br>[CR 07-0740-SVW]<br><br>[PROPOSED]<br><br>**CLERK'S NOTICE OF**<br>**POSTJUDGMENT GARNISHMENT**<br>(Employment)<br><br>[HON. STEPHEN V. WILSON] |

///
///
///
///
///
///
///
///
///

TO MARC A. PIZZUTO:

You are hereby notified that the funds held by garnishee Miller Automotive Group, Inc. are being taken by the United States of America (the Government), which has a court judgment in the above-captioned case in the amount of $206,740.96. As of May 15, 2015, the balance is $209,113.75.

The Federal Debt Collection Procedures Act requires the garnishee to file an Answer to the writ of garnishment. 28 U.S.C. § 3205(c)(4). The Answer is required to state whether the garnishee has custody, control or possession of property belonging to the judgment debtor, a description of the property and a statement or its value, a description of any previous garnishments of the property, and the amount that the garnishee anticipates owing the judgment debtor in the future.

The Act further provides that within 20 days following the receipt of the answer, either the United States or the judgment debtor may file a written objection to the answer and a request a hearing. The objection shall identify the party filing it and shall state the grounds for the objection to the answer. 28 U.S.C. § 3205(c)(5). The court shall conduct a hearing on the objection to the answer of the garnishee within 10 days after service of the request, or as soon thereafter as practicable. Id. Any objection to the answer filed by the garnishee must be set forth in a pleading and filed by the judgment debtor or the United States with the Clerk of the United States District Court.

1 | If no objection to the answer of the garnishee is filed, and no request for a hearing is received by the court, the court shall promptly enter an order directing the garnishee as to the disposition of the debtor's nonexempt interest in the garnished property. If a hearing is timely requested, the order for disposition of the property shall be entered by the court within 5 days after the hearing, or as soon as practicable. 28 U.S.C. § 3205(c)(7).

In addition, YOU ARE HEREBY NOTIFIED that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply. Attached is a summary of the major exemptions which apply in most situations in the State of California.

You have a right to ask the Court to return your property to you if you think you do not owe the money to the government that it claims you do, or if you think the property the Government is taking qualifies under one of the exemptions.

You must either mail your request for hearing, or deliver it in person, to the Clerk of the United States District Court at 312 North Spring Street, Los Angeles, California 90012. You must also send a copy of your request to the United States Attorney, Zoran J. Segina, at Room 7516AA-Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012, Attention: Financial Litigation Unit, so the Government will know you want a hearing. If you wish, you may use the attached form to request the hearing.

1    The hearing will take place within 5 days after the Clerk
2    receives your request, if you ask for it to take place that
3    quickly, or as soon after that as possible.
4        At the hearing, you may explain to the judge why you
5    believe the property the Government has taken is exempt or if
6    you think you do not owe the money to the United States
7    Government that it says you do.  If you do not request a hearing
8    within 20 days of receiving this notice, your property may be
9    sold at public auction with the proceeds applied toward the
10   money you owe the Government.
11       If you think you live outside the federal judicial district
12   in which the court is located, you may request, no later than 20
13   days after you receive this notice, that this proceeding to take
14   your property be transferred by the court to the federal
15   judicial district in which you reside.  You must make your
16   request in writing, and either mail it or deliver it in person
17   to the Clerk of the Court at 312 North Spring Street, Los
18   Angeles, California 90012.  You must also send a copy of your
19   request to the Government in care of United States Attorney,
20   Zoran J. Segina, Room 7516AA-Federal Building, 300 North Los
21   Angeles Street, Los Angeles, California 90012, Attention:
22   Financial Litigation Unit, so the Government will know you want
23   the proceeding to be transferred.  Be sure to keep a copy of
24   this notice for your own records.  If you have any questions
25   about your rights or about this procedure, you should contact a
26   lawyer, an officer of public legal assistance, or the Clerk of
27
28
                                -3-

1 | the Court. The Clerk is not permitted to give legal advice, but
2 | can refer you to other sources of information.
3 | DATED: 6/5/15

TERRY NAFISI
CLERK, UNITED STATES DISTRICT COURT

BY: DEPUTY CLERK